**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

NALLELY KASSANDRA ROBLEDO JAIME,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

Case No. 5:26-cv-04181-MBK

JUDGMENT

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice

Dated: August 7, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE